# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEVERLY NESMITH,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | NO. 21-5594 |
| **CATALENT USA PACKAGING, LLC,**<br>　　　　　**Defendant.** | |

## ORDER

**AND NOW**, this 14th day of June, 2023, upon consideration of Defendant's Motion for Summary Judgment (ECF Nos. 51, 53) and Plaintiff's response thereto (ECF No. 52), **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**.

The Clerk of Court is directed to terminate the case.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**